# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division



## JUDGMENT IN A CIVIL CASE

PYROTEK, INC.,

v.

MARK QUACKENBUSH                CASE NUMBER:   1:05-1144-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 7/14/2005, the plaintiff's Motion to Remand is GRANTED and this case is hereby REMANDED to the Circuit Court of Gibson County, Tennessee at Trenton.

**APPROVED:**

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

7/15/05    BY: _C. Head_
DATE                           DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7/19/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01144 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Janice Jones
CIRCUIT COURT, 28TH JUDICIAL DISTRICT
295 NORTH COLLEGE STREET
JUSTICE BUILDING
Trenton, TN 38382

Andrew V. Sellers
WALDROP & HALL
106 S. Liberty Street
P.O. Box 726
Jackson, TN 38302--072

L. Lee Harrell
HARRELL & HARRELL
110 Northwest Court Sq.
Trenton, TN 38382

Honorable James Todd
US DISTRICT COURT